Name: Peter Anderson, Anderson Anderson Inc.
Address: 90 Tehama Street
San Francisco, CA 94105
Phone Number: 415-243-9500
E-mail Address: peter@andersonanderson.com
*Pro Se*

FILED
2014 JAN 31 P 2:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

VINCENT SCOTT TYLER

Plaintiff,

vs.

ANDERSON ANDERSON, INC. dba ANDERSON ANDERSON ARCHITECTURE

Defendant.

Case Number: 13-CV-05054-SC

**MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**

Judge Samuel Conti

As the (*Plaintiff/Defendant*) DEFENDANT in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:

- [x] A computer with internet access;
- [x] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
- [x] A scanner to convert documents that are only in paper format into electronic files;
- [x] A printer or copier to create to create required paper copies such as chambers copies;
- [x] A word-processing program to create documents; and
- [x] A pdf reader and a pdf writer to convert word-processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 1-31-2014

Signature: [signature]

Name: Peter Anderson, Anderson Anderson, Inc.
Address: 90 Tehama Street
San Francisco, CA 94105
Phone Number: 415-243-9500
E-mail Address: peter@andersonanderson.com
*Pro Se*

RECEIVED
2014 JAN 31 P 2:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT SCOTT TYLOR<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON ANDERSON, INC. dba ANDERSON ANDERSON ARCHITECTURE<br><br>Defendant. | Case Number: 13-CV-05054-SC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: ______________

______________________________
United States District/Magistrate Judge