UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT SCOTT TYLOR, an Individual,<br><br>PLAINTIFF,<br><br>VS.<br><br>ANDERSON ANDERSON, INC. dba ANDERSON ANDERSON ARCHITECTURE; and DOES 1 – 10, inclusive,<br><br>DEFENDANTS. | Case No. 13-CV-05054-SC<br><br>[~~PROPOSED~~] ORDER RE PLAINTIFF VINCENT SCOTT TYLOR'S EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>IT IS SO ORDERED AS MODIFIED |

Having reviewed Plaintiff Vincent Scott Tylor's Ex Parte Application to Continue the Case Management Conference and the supporting declaration and exhibits, and GOOD CAUSE appearing thereof, the Court hereby orders as follows:

The Case Management Conference currently scheduled for February 7, 2014 will be continued for sixty (60) days along with all related dates. The new date for the parties Case Management Conference is April ~~8~~ 18, 2014.

**IT IS SO ORDERED.**

DATED: _____02/03_____, 2014

_____
Senior Judge Samuel Conti

Order on Plaintiff Vincent Scott Tylor's Ex Parte Application To Continue Case Management Conference

1

13-CV-05054-SC