Name: Peter Anderson, Anderson Anderson, Inc.
Address: 90 Tehama Street
San Francisco, CA 94105
Phone Number: 415-243-9500
E-mail Address: peter@andersonanderson.com
*Pro Se*

RECEIVED
2014 JAN 31 P 2:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINCENT SCOTT TYLOR,<br><br>Plaintiff,<br><br>vs.<br><br>ANDERSON ANDERSON, INC. dba ANDERSON ANDERSON ARCHITECTURE<br><br>Defendant. | Case Number: 13-CV-05054-SC<br><br>**~~[PROPOSED]~~ ORDER ~~GRANTING~~ DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is ~~GRANTED~~ DENIED.

IT IS SO ORDERED.

DATED: 02/03/2014

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Samuel Conti

United States District Judge